IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANIEL O. CONWILL, IV and CLARE CONWILL | § § § | PLAINTIFFS |
| v. | § § | CAUSE NO. 1:08CV1511 LG-JMR |
| MARSH & MCLENNAN COMPANIES, INC. and MARSH USA, INC. | § § § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Motion [146] for Summary Judgment filed by the Defendants, Marsh & McLennan Companies, Inc. and Marsh USA, Inc., the Court, after a full review and consideration of the Motion, Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants, Marsh & McLennan Companies, Inc. and Marsh USA, Inc., pursuant to Fed. R. Civ. P. 56. The Plaintiffs' claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 11th day of June, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE